UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 19-8441-JFW(JPRx)**                                    Date: May 14, 2020

Title:    Agustin Castaneda -v- Hungry Man, Inc.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                None

**PROCEEDINGS (IN CHAMBERS):**    ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION TO REMAND IMPROPERLY REMOVED CLASS ACTION [filed 4/20/20; Docket No. 16]

    Plaintiff's Motion to Remand Improperly Removed Class Action is currently on calendar for May 18, 2020, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for May 18, 2020 is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

    IT IS SO ORDERED.